UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

JUDITH ADELA FERNANDEZ MARTINEZ, ON  :   ECF CASE
BEHALF OF HERSELF AND ALL OTHER       :
PERSONS SIMILARLY SITUATED,           :
                                      :
                        Plaintiffs,   :   No.: 1:25-cv-8355
                                      :
            v.                        :
                                      :
NATURAL CATCH SEAFOODS LLC,           :
                                      :
                        Defendant.    :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

### NOTICE OF SETTLEMENT

To The Honorable Court:

The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
       Dec. 31, 2025                Respectfully Submitted,

                                    **GOTTLIEB & ASSOCIATES PLLC**
                                    /s/ Jeffrey M. Gottlieb
                                    Jeffrey M. Gottlieb, Esq.

                                    Michael A. LaBollita (ML-9985)
                                    Jeffrey M. Gottlieb (JG-7905)
                                    Dana L. Gottlieb (DG-6151)
                                    GOTTLIEB & ASSOCIATES PLLC
                                    150 East 18th Street, Suite PHR
                                    New York, New York 10003
                                    Tel: 212.228.9795
                                    Fax: 212.982.6284
                                    Jeffrey@Gottlieb.legal
                                    Dana@Gottlieb.legal
                                    Michael@Gottlieb.legal
                                    *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge