UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

JUDITH ADELA FERNANDEZ
MARTINEZ, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiffs,

                v.

NATURAL CATCH SEAFOODS LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

No.: 1:25-cv-8355

**NOTICE OF VOLUNTARY
DISMISSAL**

Plaintiff(s), JUDITH ADELA FERNANDEZ MARTINEZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, NATURAL CATCH SEAFOODS LLC.

Dated:   New York, New York
         Jan. 9, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge